# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Andrei Rodenko<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:25-MJ-354<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 4, 2025__ in the city/county of __Fairfax County__ in the __Eastern__ District of __Virigina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 32 CFR 1903.7(a) | Entering or remaining on an Agency installation without proper authorization, reentering an Agency installation after being instructed not to reenter, or failing to obey an order to leave an Agency installation. |

This criminal complaint is based on these facts:

see attached affidavit

*[signature]*

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

SAUSA Cameron Etchart
*Printed name and title*

*Complainant's signature*

Officer Connor Markee
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ *(specify reliable electronic means)*.

Date: June 5, 2025

*Judge's signature*

City and state: Alexandria, Virginia

Hon. William B. Porter, United States Magistrate Judge
*Printed name and title*