IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:25-mj-354 |
| ANDREI RODENKO, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Officer Connor Markee, being duly sworn, state the following:

1. I entered on duty with the Central Intelligence Agency ("CIA" or "Agency") Police in January 2023. Prior to joining CIA Police, I completed the Uniformed Police Training Program and the Federal Law Enforcement Training Center. I am a federal law enforcement officer as provided in 50 U.S.C. § 3515(a)(1).

2. This affidavit is submitted in support of a criminal complaint charging ANDREI RODENKO with criminal trespass at the George Bush Center for Intelligence in McLean, Virginia ("CIA Headquarters"), in violation of 32 C.F.R. § 1903.7(a), which prohibits entering or remaining on an Agency installation without proper authorization, reentering an Agency installation after being instructed not to reenter, or failing to obey an order to leave an Agency installation.

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation; information conveyed to me by other individuals, including law enforcement officers; and my review of records, documents, and other physical evidence obtained during the investigation. This affidavit contains

information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

4. On Wednesday, June 4, 2025, at approximately 8:10 p.m., I was working as a uniformed police officer at the CIA Headquarters. I was informed that there was a vehicle at the visitor control center kiosk driven by an individual who appeared to lack authorization to enter. The visitor control center kiosk is located within the CIA Headquarters' property line in McLean, Virginia, within the Eastern District of Virginia. This kiosk is past two warning signs which read, in relevant part:

> WARNING
>
> RESTRICTED
>
> U.S. GOVERNMENT
>
> INSTALLATION
>
> EMPLOYEES AND OFFICIAL
>
> VISITORS ONLY
>
> IT IS UNLAWFUL TO ENTER
>
> OR ATTEMPT TO ENTER
>
> THIS INSTALLATION WITHOUT
>
> PROPER AUTHORIZATION
>
> 32 C.F.R. 1903

5. I responded to the kiosk and identified the vehicle and its driver, who was the sole occupant. The driver identified himself as ANDREI RODENKO, which I also confirmed by looking at his Virginia driver's license. Another officer with me, Officer Kyle Hudson, recognized RODENKO from a previous encounter at the CIA Headquarters in January 2025.

Officers asked RODENKO if RODENKO had been to the CIA before, and RODENKO replied that he had approached the CIA in January 2025 and had been given a written warning for trespassing. RODENKO stated that he had lost the written warning paper, but he needed to urgently speak to the CIA Director, John Ratcliffe. RODENKO stated that the CIA Director was the only person who could assist RODENKO with writing a book because the CIA Director is a wizard and an angel. RODENKO stated that he was prepared to stay at the CIA until he spoke with the CIA Director. RODENKO stated that, if he could not see the CIA Director today, then RODENKO would continue to return until he could.

      6.      I informed RODENKO that he could not speak to the CIA Director and that RODENKO needed to leave the CIA, but RODENKO refused to leave. I informed RODENKO that, if he refused to leave the CIA, then we would have to arrest him. For over 45 minutes, multiple officers attempted to persuade RODENKO to accept a criminal citation and leave the CIA, but RODENKO continued to refuse to leave. I then placed RODENKO under arrest, read him his *Miranda* rights, and transported him to the Alexandria Detention Center.

///

///

///

7.      Based on the foregoing, I submit that there is probable cause to believe that, on or about June 4, 2025, within the Eastern District of Virginia, ANDREI RODENKO did enter or remain on an Agency installation without proper authorization, reenter an Agency installation after being instructed not to reenter, or fail to obey an order to leave an Agency installation, in violation of 32 C.F.R. § 1903.7(a).

*[signature]*
Officer Connor Markee
Central Intelligence Agency Police

Subscribed and sworn to before me
This 5th day of June 2025.

*[signature]*
The Honorable William B. Porter
United States Magistrate Judge
Alexandria, Virginia